UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: ) | |
| ) | |
| APPLIN L. HEADLEY, ) | Chapter 7 |
| Debtor ) | Case No.: 25-10782 |
| ) | |

**<u>DEBTOR'S OBJECTION TO TRUSTEE'S OBJECTION TO CLAIMED EXEMPTION</u>**

NOW COMES the Debtor, Applin L. Headley, through Counsel and hereby submits her Objection to the Trustee's Objection to Claimed Exemptions. In support thereof the Debtor states as follows:

1. Admitted.

2. Debtor admits to amending her schedules to include a 50% equitable interest in the business, One Hope. Debtor further states that she helped her daughter to purchase the business. She gave the daughter the down payment and cosigned the loan to purchase. Never was it the intention of either party that Debtor acquire an ownership interest in the business.

3. Admitted.

4. Debtor denies that she has an actual ownership interest in One Hope. Debtor has never owned shares in the corporation.

5. Debtor denies that her ownership interest is in stock and thus not exempt. Debtor denies she has an ownership interest at all. Debtor amended simply to facilitate and acknowledge the gift and the status of co-signor.

6. Denied.

WHEREFORE, the Debtor, Applin L. Headley, requests that this Honorable Court deny the Trustee's Objection to Claimed Exemptions.

                                        Respectfully Submitted,
                                        The Debtor,
                                        By Her Attorney,

                                        /s/ Peter M. Daigle
                                        Peter M. Daigle, Esq. BBO # 640517
                                        1550 Falmouth Road, Suite 10
                                        Centerville, MA 02632
                                        (508) 771-7444
Dated: August 25, 2025                      pmdaigleesq@yahoo.com

CERTIFICATE OF SERVICE

      I hereby certify that I have caused a duplicate copy of the above to be served upon all parties of record by electronic mail.

/s/ Peter M. Daigle
Peter M. Daigle, Esquire

Dated: August 25, 2025

Electronic Mail:

Richard King, Asst. U.S. Trustee
David B. Madoff, Chapter 7 Trustee

First-class mail:

Applin L. Headley
33 Jamie Lane
East Falmouth, MA 02536